Peter H. Kang (Bar No. 158101)
pkang@sidley.com
Ash Nagdev (Bar No. 259921)
anagdev@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Rd Bldg 1
Palo Alto, CA, 94304
Telephone:  (650) 565-7000
Facsimile:  (650) 565-7100

Theodore W. Chandler (Bar No. 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Plaintiff beIN Media Group LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| beIN Media Group LLC,<br><br>             Plaintiff,<br><br>v.<br><br>bein.ae, bein.hk, bein.jp, and bein.xyz,<br><br>             Defendants *in rem*. | Case No.: **'18CV1042 CAB MDD**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

### *IN REM* ANTICYBERSQUATTING COMPLAINT

Plaintiff beIN Media Group LLC ("beIN" or "Plaintiff"), by and through its undersigned counsel, files this complaint against Defendant Domain Names <bein.ae>, <bein.hk>, <bein.jp>, and <bein.xyz> (hereinafter, "the <bein.__> domain names"), *in rem*, and alleges as follows:

1

# INTRODUCTION

1. beIN brings this *in rem* action against the <bein.__> domain names under the provisions of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

2. beIN is a global entertainment and media company which, among other services, broadcasts the beIN Sports channel available from cable service providers such as Comcast and Time Warner Cable. beIN is the owner of the federally registered mark "BEIN." This is an action to recover the <bein.__> domain names from a cybersquatter who has demanded that beIN pay millions of dollars for the <bein.__> domain names and other related domain names and, more recently, has threatened to sell the domain names to a broadcast pirate calling itself "beoutQ" which has been illegally re-transmitting beIN's content through the internet and satellite signals.

3. The <bein.__> domain names incorporate beIN's distinctive mark in its entirety, and have been used by the domain name registrant in bad faith to wrongfully profit from the reputation and goodwill of beIN. The registrant is additionally using the <bein.__> domain names in bad faith by making unreasonable demands on beIN and in threatening to sell the domains to a broadcast pirate.

4. beIN files this *in rem* complaint against the Defendant Domain Names in this district because the domains' registrar is located in this district, while the registrant is located in the United Kingdom.

5. Accordingly, under the Anticybersquatting Consumer Protection Act and this Court's *in rem* jurisdiction, beIN requests an order transferring the <bein.__> domain names to beIN.

# PARTIES, JURISDICTION, AND VENUE

6. Plaintiff beIN Media Group is a global leader in TV production, distribution, and media rights acquisition. Plaintiff beIN Media Group is a Limited Liability Company, headquartered in Doha, Qatar. beIN Media Group includes the beIN Sports television broadcast network, which provides exclusive access to prime sports

competitions such as the U.S. Open and the NBA overseas, and broadcasts prime sporting events including World Cup qualifiers, both WTA and ATP tennis, professional soccer leagues, and Conference USA College Sports on major cable systems in the United States, including Comcast and Time Warner cable, as well as distribution via DirecTV and AT&T.  beIN SPORTS was launched in 2012 in France, followed within a year by beIN Sports Americas and beIN Sports Asia; in 2014, beIN Media Group was founded in 2014 as the independent holding company for beIN Sports.  Since that time, beIN has expanded its portfolio to include movies and general entertainment.  In 2016, beIN acquired the Miramax film and television studio.  Currently, beIN has over 2,500 employees and broadcasts in countries around the world, including in the United States.

7. Defendants are the domain names <bein.ae>, <bein.hk>, <bein.jp> and <bein.xyz> ("the <bein.__> domain names").  The person who registered the <bein.ae>, <bein.jp> and <bein.xyz> domain names is an individual, Mr. Honza Jan Zicha (the "registrant" or "Zicha").  Exhibit 1.  Upon information and belief, Mr. Zicha is also the registrant of <bein.hk>.  Upon information and belief, Zicha is a resident of the United Kingdom.  The company with whom Zicha registered the <bein.__> domain names is 101domain GRS Limited ("the "registrar").  *See* Exhibit 1.  101domain GRS Limited is located within this judicial district at 3220 Executive Ridge Drive, Suite 101, Vista, CA 92081.  https://www.101domain.com/contact_us.htm (last visited May 24, 2018); *see also* Exhibit 1 at 8.

8. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. §§ 1121 and 1125(d)(2)(A), and pursuant to 28 U.S.C. § § 1331 and 1338.

9. Pursuant to 15 U.S.C. § 1125(d)(2)(C)(i), a domain name has its *situs* in the judicial district in which the domain name registrar, registry, or other domain name authority that registered or assigned the domain name is located.  101domain GRS Limited is the registrar for the <bein.__> domain names.  *See* Exhibit 1.  101domain GRS Limited's Linkedin page lists "Vista, CA" as the headquarters.  *See* Exhibit 2.  A registrar directory also lists 101domain GRS Limited's address as 3220 Executive Ridge Drive,

Suite 101, Vista, CA 92081.  See Exhibit 3.  Consequently, the *situs* of the <bein.__> domain names is in this judicial district.

10. Pursuant to 15 U.S.C. § 1125(d)(2)(C)(i), beIN, as the owner of the "BEIN" trademark, hereby files this *in rem* civil action against the <bein.__> domain names in this judicial district because the domain name registry is located in this district, and because the <bein.__> domain names violate beIN's trademark rights and because beIN is not able to obtain *in personam* jurisdiction over Zicha, who would have been the defendant in a civil action.

11. Zicha, the registrant of the <bein.__> domain names, has an address listed as 72 Embassy Court, Brighton, UK and upon information and belief is a resident of the United Kingdom.  *See* Exhibit 1.  Upon information and belief, and after the exercise of due diligence, Plaintiff has not been able to form a good faith belief that personal jurisdiction exists over Zicha anywhere in the United States.  On information and belief, Zicha owns no property in, owns no places of business in, is not registered to do business in, and is not a resident of California or any other State.  The registrar for the <bein.__> domain names, however, is located in this judicial district.  Accordingly, *in rem* jurisdiction properly lies in this judicial district.

12. Venue is proper in this district pursuant to 28 U.S.C. § 1391 and 15 U.S.C. § 1125(d)(2)(C)(i).

## FACTUAL ALLEGATIONS

**A. beIN Provides Services to Customers Worldwide Under Its BEIN Trademarks, Particularly Over the Internet.**

13. beIN is a global leader in TV production, distribution, and media rights. beIN has acquired the rights to distribute and broadcast major sporting events in North America, Europe, the Middle East, North Africa, and Asia.

14. beIN invests substantially in its global intellectual property rights.  beIN has amassed trademarks all over the world that cover the beIN brand.   Specifically, beIN

owns several registered U.S. Trademarks to the word mark "BEIN" in different classes of goods and services.

15. Trademark application serial number 85/639,445 for the "BEIN" mark was filed on May 31, 2012. That application claimed priority to several foreign applications filed on February 7, 2012. On May 31, 2012, the U.S. Patent and Trademark Office issued Reg. No. 4,665,444 for the "BEIN" mark. The "BEIN" mark is registered in classes 9, 16, 35, 38, and 41, which include (among other uses) classes for television and video broadcasting services, entertainment services, printed matter, and electronic recorders for the transmission and replay of sound and images. A copy of the registration certificate for Reg. No. 4,665,444 for the "BEIN" mark is attached hereto as Exhibit 4. By a Deed of Assignment agreement dated effective July 20, 2017, beIN obtained all rights, title, and the entire interest and goodwill in the "BEIN" mark, including the registration for said mark and all rights to enforce and sue for past damages. Since that date, beIN has been and currently is the owner of all right, title, and interest in the "BEIN" mark, including all goodwill and interests from the registration thereof. beIN's assignment of the "BEIN" mark was recorded with the U.S. Patent & Trademark Office on November 6, 2017 at Trademark Assignment Reel/Frame 6197/0951. *See* http://assignments.uspto.gov/assignments/q?db=tm&reel=6197&frame=0951.

16. Trademark application serial number 86/512,818 for the word "BEIN" in a stylized format was filed on January 23, 2015. That application claimed priority to several foreign applications filed on August 7, 2014. On August 15, 2017, the U.S. Patent and Trademark Office issued Reg. No. 5,263,217 for the "BEIN" stylized mark. The "BEIN" stylized mark is registered in classes 9, 16, 18, 21, 24, 25, 28, 35, 38, 41, and 43, which include (among other uses) classes for television and video broadcasting services, entertainment services, printed matter, and electronic recorders for the transmission and replay of sound and images. A copy of the registration certificate for Reg. No. 5,263,217 for the "BEIN" stylized mark is attached hereto as Exhibit 5. The owner and registrant of the "BEIN" stylized mark is beIN. beIN has been and currently

is the owner of all right, title, and interest in the "BEIN" stylized mark, including all goodwill and interests from the registration thereof.

17. Trademark application serial number 86/512,627 for the word mark "BEIN" was filed on January 23, 2015. That application claimed priority to several foreign applications filed on August 7, 2014. On November 14, 2017, the U.S. Patent and Trademark Office issued Reg. No. 5,332,353 for the "BEIN" standard character mark. The "BEIN" mark is registered in classes 18, 21, 24, 25, 28, and 43, which include (among other uses) classes for sports bags, glassware, clothing, and toys and games. A copy of the registration certificate for Reg. No. 5,332,353 for the "BEIN" mark is attached hereto as Exhibit 6. The owner and registrant of the "BEIN" mark is beIN. Since that date, beIN has been and currently is the owner of all right, title, and interest in the "BEIN" mark, including all goodwill and interests from the registration thereof.

18. beIN also owns federally registered trademarks which contain the word "BEIN", including "BEIN SPORT" (Reg. Nos. 5,070,475 and 5,066,623), "BEIN SPORTS" (Reg. No. 5,273,645), and "BEIN CONNECT" (Reg. No. 5,273,646).

19. beIN has used and currently uses its BEIN marks extensively to indicate the source of, and to promote, its global sports and entertainment services. beIN's growing audience includes over 55 million paid subscribers and over 30 million social media followers. beIN broadcasts over 7,500 hours of live content per month across 43 countries, 5 continents, and 60 channels, including in this district and throughout the United States.

20. beIN's websites and social media pages are another means by which consumers can access beIN's content. For example, on beinsports.com, users can check live scores, look up standings and statistics, watch highlights and read articles covering the latest sports news. One of beIN's newest offerings is beIN Sports Connect, an online streaming service that allows users to watch live sports on their computers, mobile devices, and other streaming platforms.

**B. The Registrant is Not Using the Defendant Domain Names for Any Legitimate Business Purpose**

21. Zicha, the registrant of the <bein.__> domain names, has registered (and continued to renew the registrations for) these domain names to wrongfully profit from the goodwill and reputation of beIN and its distinctive marks.

22. Upon information and belief, Zicha initially registered the <bein.jp> domain name on November 12, 2014 and last updated it on December 1, 2017. *See* Exhibit 1. Upon information and belief, Zicha initially registered the <bein.xyz> domain name on November 30, 2015 and last updated it on December 2, 2017. *See* Exhibit 1. On information and belief, Zicha initially registered the <bein.hk> domain name on November 13, 2014. *See* Exhibit 1. beIN cannot discern when Zicha first registered the <bein.ae> domain from publicly available information, but believes it was likely around the same time as the other Defendant Domain Names were registered.

23. As of the date of this Complaint, all of the <bein.__> domain names immediately redirect to <bein.com>. Since at least November 2016, the <bein.com> website, which <bein.__> domains automatically redirect to, has had no substantive uses. As of at least November 11, 2016, the <bein.com> web page had no content except for a logo and the words "beIN.com will be back soon". *See* Exhibit 7. As of at least November 23, 2016, the <bein.com> web site stated "new something new and awesome coming soon" and then redirected to a form asking visitors to input their names and email addresses to receive a "newsletter." *See* Exhibit 8. On information and belief, the <bein.com> web site remained unchanged for over a year, from November 2016 until December 2017.

24. As of at least December 4, 2017, the <bein.com> website no longer had text about "coming soon" or a newsletter. As of that date, the website consisted of text stating "news beIN.com is for sale" followed by a box of text stating "bein for sale including beIN.com, beIN.co, beIN.TV, beIN.fm, beIN.eu, beIN.es, beIN.it, beIN.jp, beIN.qa, beIN.hk, beIN.ae, beIN.pl, and many more…" followed by "send your offer to:

offer@bein.com". *See* Exhibit 9. On information and belief, <bein.com> remained unchanged from December 2017 until at least February 24, 2018 and continued to solicit offers for the sale of the domain.

25. As of approximately March 16, 2018 until the date of this Complaint, the <bein.com> website home page has stated "beIN new beIN Coming Soon" with no further text. *See* Exhibits 10 and 11. Upon visiting the page, the user is prompted to enter personal information to subscribe to a "newsletter." Exhibit 11.

26. Upon information and belief, Zicha is not currently using the <bein.__> domain names for any legitimate or bona fide business purposes. On information and belief, Zicha is in the business of profiting from registering domain names and then selling them. Zicha incorporated a business entity named "Buy Sell Dns Ltd." in 2016. Upon information and belief, that business was set up to buy and sell domain names.

27. Upon information and belief, Zicha is attempting to wrongfully profit from the traffic that comes to the <bein.__> domain names from users who are searching for beIN's world renowned content.

### C. The Registrant is Using the Defendant Domain Names in Bad Faith to Make Unreasonable Demands on beIN.

28. In 2017, Zicha contacted beIN to discuss potential terms for transferring the <bein.com> domain name, the <bein.__> domain names, and other similar domain names from Zicha to beIN. Zicha's asking price was 1.5 million dollars.

29. Since 2017, a pirate entity calling itself beoutQ, an anonymous group of persons conducting business through its websites including <BeoutQ.se>, has been engaging in unauthorized distribution and streaming of media content owned by or exclusively licensed to beIN and protected by beIN's intellectual property rights. Through its subsidiary beIN IP, beIN brought suit against beoutQ on September 20, 2017 for beoutQ's misconduct. *See* Exhibit 12 (Complaint).

30. Upon information and belief, Zicha has been in contact with beoutQ to offer to sell <bein.com>, the <bein.__> domain names, and other similar domain names to

8

beoutQ, which has been pirating beIN's content.  On or about February 13, 2018, Zicha emailed beIN stating that he has a "buyer" willing to pay £550,000 for <bein.com>, the <bein.___> domain names, and other similar domain names.  Zicha indicated in that email that he would accept the buyer's offer if there are no higher offers received.  Upon information and belief, Zicha's alleged buyer was beoutQ.

31. By email dated May 15, 2018, Zicha contacted the Global Digital Director of beIN and asked whether beoutQ was part of beIN Media Group.  By email dated May 16, 2018, Zicha informed beIN that "they [beoutQ] just contacted us in regards of our beIN stuff."  In a later email that same day, Zicha sent an email to beIN in which he "attached images of their [beoutQ] branding and receiver.  Those look very similar to yours, hence, why I was asking."  The images showed the "beoutQ Sports" logo, an image of the "beoutQ" pirate set top box, and a further advertisement in Arabic for beoutQ.

32. Upon information and belief, Zicha is attempting to leverage his negotiations with beoutQ, which has been illegally pirating content from beIN, in order to increase the pressure on beIN to buy the <bein.___> domain names and similar domain names from Zicha at a higher price.

33. If beoutQ is able to acquire the rights to the infringing <bein.___> domain names and other similar domain names, beIN will be irreparably harmed.  beoutQ has used the internet to promote its pirated streams and set top boxes for viewing beIN's content. See http://www.nytimes.com/2018/05/09/sports/bein-sports-qatar-beoutq.html (last visited May 23, 2018).  On information and belief, beoutQ has been in negotiations with Zicha to purchase the <bein.___> domain names, and other similar domain names, in order to further promote its pirated broadcasts and streaming.  If Zicha is allowed to transfer the <bein.___> domain names and other similar domain names domain names to beoutQ, regardless of what beoutQ does with the domain names, that transfer will impede beIN's ability to promote its own content to its authorized customers and viewers.  This threatened sale of the <bein.___> domain names, and other similar domain names poses a

substantial risk of consumer confusion as to source or origin or as to authorization or sponsorship, since the pirated content will be available to the public on domains consisting of beIN's trademarked name.

34. If beoutQ is able to acquire the rights to the <bein.__> domain names, beIN's business reputation and goodwill will be damaged causing further irreparable harm for which monetary damages are inadequate. As a result, beIN is entitled to a preliminary and permanent injunction preventing Zicha and the registrar from transferring the <bein.__> domain names to beoutQ, and ordering that the <bein.__> domain names be transferred to beIN.

## COUNT I – CYBERSQUATTING (15 U.S.C. § 1125(d))

35. beIN hereby repeats, realleges, and incorporates by reference paragraphs 1 through 34 as if fully set forth herein.

36. The infringing <bein.__> domain names are either identical to, or confusingly similar and dilutive of, the beIN marks.

37. The infringing <bein.__> domain names resolve not to a website owned by beIN, but rather to a website owned by Zicha. Zicha does not use the <bein.__> domain names to offer bona fide goods or services and has not done so for years, including the time after beIN registered the beIN marks.

38. The beIN marks are distinctive in this judicial district and in the United States, as well as internationally, and were distinctive before Zicha began the offending conduct leading to this Complaint. The beIN marks were distinctive prior to at least the time of Zicha's registration renewal for the <bein.__> domain names.

39. In addition to being distinctive, the beIN marks are famous in this judicial district and in the United States, as well as globally, and were famous before Zicha began the offending conduct leading to this Complaint. The beIN marks were famous prior to at least the time of Zicha's registration renewal for the <bein.__> domain names.

40. Mr. Zicha has maintained, renewed, reapplied, and updated his registration of the <bein.__> domains with a bad faith intent to profit from the beIN marks and goodwill by redirecting traffic to his unrelated websites and collecting contact information from visitors to the <bein.__> domain names, as well as to solicit offers for the sale of the <bein.__> domain names and other similar domain names.

41. Zicha has engaged in intentional, bad faith conduct in attempting to sell the <bein.__> domain names, and other similar domain names for financial gain to beoutQ, which has been pirating content from beIN.

42. Zicha has also engaged in intentional, bad faith conduct in threatening to sell the <bein.__> domain names and other similar domain names to beoutQ in order to induce beIN to purchase the domain names at a higher price.

43. These acts constitute a violation of Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

44. Unless restrained by this Court, Zicha's conduct will cause irreparable harm and injury to beIN, including to beIN's goodwill, reputation and business, for which beIN has no adequate remedy at law.

45. Zicha's conduct warrants that the Court order the forfeiture or cancellation of the <bein.__> domain names or the transfer of the <bein.__> domain names to beIN pursuant to 15 U.S.C. § 1125(d)(1)(C) and d(2)(D)(i).

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter a judgment as follows:

A. Declaring that there has been a violation of the Anticybersquatting Consumer Protection Act with regard to the <bein.__> domain names and Zicha's activities as alleged herein;

B. Issuing preliminary and permanent injunctive relief in favor of Plaintiff prohibiting, enjoining and restraining the <bein.__> domain names from being transferred to "beoutQ" or any entity besides beIN;

C. Issuing preliminary and permanent injunctive relief in the form of an Order that the registration, ownership, and control of the <bein.__> domain names be transferred immediately and without reservation of rights to beIN; and

D. Awarding beIN such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury as to all claims and issues so properly triable.

Dated: May 24, 2018

Respectfully submitted,

By: /s/ Theodore W. Chandler
Peter H. Kang (Bar No. 158101)
pkang@sidley.com
Ash Nagdev (Bar No. 259921)
anagdev@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Rd Bldg 1
Palo Alto, CA, 94304
Telephone:   (650) 565-7000
Facsimile:   (650) 565-7100

Theodore W. Chandler (Bar No. 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600

*Attorneys for Plaintiff*
*beIN Media Group LLC*