1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| beIN MEDIA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>bein.ae, domain name; et al.,<br><br>Defendants *in rem*. | Case No.: 3:18-cv-1042-CAB-(MDD)<br><br>**ORDER TO SHOW CAUSE** |
|---|---|

This matter comes before the Court following a review of the docket. On May 24, 2018, Plaintiff filed an *In rem* Anticybersquatting Complaint against Defendant Domain Names <bein.ae>, <bein.hk>, <bein.jp>, <bein.work> and <bein.xyz> under 15 U.S.C. § 1125(d). [Doc. No. 1.] Pursuant to the Act, Plaintiff sought an order transferring the <bein.__> domain names to beIn. [*Id.* at ¶ 5.] An amended complaint was filed on May 30, 2018 that requests the same the relief. [Doc. No. 5 at ¶ 5.]

On July 12, 2018, in accordance with a joint stipulation entered into by the parties, this Court ordered that the registrar of the Domain Names lift the registrar lock on the Domain Names and to take any and all steps necessary to transfer the Domain Names <bein.ae>, <bein.hk>, <bein.jp>, <bein.work> and <bein.xyz> to beIN Media Group LLC. [Doc. No. 11.]

1  It appears to the Court that the July 12, 2018 Order confers on Plaintiff the relief it
2 seeks and disposes of the claims in this action.  Accordingly, Plaintiff is **ORDERED TO**
3 **SHOW CAUSE** in writing, on or before **August 31, 2018**, why this case should not be
4 dismissed.  Failure to timely respond to this order will result in dismissal of this lawsuit.
5  **IT IS SO ORDERED**.
6 Dated:  August 24, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge